**Gloria VILLAFAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–70311.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.[*]

Filed March 22, 2011.

Frank P. Sprouls, Esquire, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

OIL, Lori Warlick, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM [**]

Gloria Villafan, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for cancellation of removal and denying her motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Iturribarria v.*

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA used the correct hardship standard in analyzing Villafan's cancellation of removal application. *See* 8 U.S.C. § 1229b(b)(1)(D).

We need not reach Villafan's challenges to the IJ's decision because the BIA reviewed the decision de novo. *See Brezilien v. Holder,* 569 F.3d 403, 411 (9th Cir.2009) ("Any error committed by the IJ will be rendered harmless by the Board's application of the correct legal standard.").

**PETITION FOR REVIEW DENIED.**